**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAMSON WOUBETU,                              )
                                             )
       *Plaintiff*,                   )
                                             )
    v.                                      )        Civil Action No. 23-0946  (UNA)
                                             )
CATHOLIC CHARITIES,                          )
                                             )
       *Defendant*.                   )

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.  The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Defendant operates a shelter in Washington, DC where plaintiff has been staying in recent months. *See* Compl. at 1. According to plaintiff, defendant's staff "refuse to stop assaulting" him, take his books and other property, refuse to provide him a single room or apartment, and "insult and disrespect" him. *Id*. Missing from the complaint is a statement establishing a basis for this Court's jurisdiction. Furthermore, there are so few factual allegations that defendant cannot reasonably be expected to identify the claim or claims brought against it so that it may prepare a proper response.

As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a) and, therefore, must be dismissed. A separate order will issue.

/s/
TANYA S. CHUTKAN
DATE: April 12, 2023                    United States District Judge